JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
cbenner@pyattsilvestri.com

Attorney for Defendant,
*RYAN TIMOTHY COMER*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YITZHAK HYATT, individually;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; RYAN TIMOTHY COMER,<br><br>Defendants. | CASE NO.: 2:25-cv-01953-CDS-BNW |

### STIPULATION TO EXTEND DEADLINE FOR RYAN TIMOTHY COMER TO RESPOND TO COMPLAINT

This stipulation is entered into by and between counsel for Yitzhak Hyatt, and defendant Ryan Timothy Comer, by and through their respective counsel of record, to extend Mr. Comer's deadline to respond to Plaintiff's complaint from November 10, 2025, to December 5, 2025, based on the following:

1. Plaintiff filed the Complaint on October 13, 2025.
2. Plaintiff served the Summons and Complaint on Comer on October 19, 2025.
3. Based on the date of service, Comer's deadline to respond is November 10, 2025.
4. Undersigned counsel has been retained to represent Comer in this action.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties

agree as follows:

  The Parties stipulate and agree to extend the deadline for Comer to respond to the Complaint, up to and including December 5, 2025, to allow counsel for Comer sufficient time to analyze and investigate the allegation in the complaint, and to prepare a response thereto.

  This Extension is sought in good faith and is not made for the purpose of delay.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 20, 2025 | Dated: November 20, 2025 |
| PYATT SILVESTRI | RICHARD HARRIS LAW FIRM |
| */s/ Christopher L. Benner* | */s/ Mysty Langford* |
| Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>7670 W. Lake Mead Blvd., Suite 250<br>Las Vegas, NV 89128<br>Attorney for Defendant,<br>RYAN TIMOTHY COMER | Mysty Langford, Esq.<br>Nevada Bar No. 16909<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff,<br>YITZHAK HYATT |

## **ATTESTATION OF CONCURRENCE IN FILING**

  I hereby attest and certify that on the 20th day of November, 2025, I received concurrence from Plaintiff's counsel, Mysty L. Langford, Esq., on the 20th day of November, 2025, respectively, to file this document with their electronic signatures attached.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Dated this 20th day of November, 2025.

            */s/ Christopher L. Benner*
            CHRISTOPHER L. BENNER, ESQ.
            Nevada Bar No. 8963

# ORDER

IT IS HEREBY ORDERED, that Defendant Ryan Comer shall have until December 5, 2025, to file a response to the Complaint.

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE

DATED: November 21, 2025

Respectfully submitted:
PYATT SILVESTRI

/s/ Christopher L. Benner
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Attorney for Defendant,
*RYAN TIMOTHY COMER*